UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:03cr0086(1) AS |
| | ) | |
| MARVIN H. COSTNER | ) | |
| ***************************** | ) | |
| MARVIN H. COSTNER, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Civil No. 3:05cv0153 AS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | |

*MEMORANDUM OPINION AND ORDER*

This court takes judicial notice of the entire record in this case as it pertains to Marvin H. Costner. The court notes that Dianne Tillman-Reed has been appointed as defense counsel for Marvin H. Costner. However, the filings made on or about March 17, 2005 are filings made pro se by Marvin H. Costner and not through his counsel. This court is well familiar with the mandates of *Haines v. Kerner*, 404 U.S. 519 (1972). The court is also aware of the filing made by the United States Attorney on June 29, 2005. Once again this court would note the sentencing imposed on April 2, 2004. Once again, this court must wade into the waivers that are contained in the written plea agreement and must also take note of the proceedings that were held in this case with regard to the taking of a plea of guilty on December 30, 2003. Without belaboring the point, it appears that those

proceedings which were under oath complied with the demands of Rule 11, Federal Rules of Criminal procedure.  The waivers are valid under an array of Seventh Circuit Cases in including *United States v. Sines*, 303 F.3d 793 (7th Cir. 2002).  the determination of the validity of the waiver appears to essentially end any further needed discussion here. Therefore, the petition for relief under 28 U.S.C. §2255 is now **DENIED**.  **IT IS SO ORDERED**.

    **DATED:** July 29, 2005

                                            **S/ ALLEN SHARP**
                                            **ALLEN SHARP, JUDGE**
                                            **UNITED STATES DISTRICT COURT**